```
IN THE UNITED STATES DISTRICT COURT
   FOR THE MIDDLE DISTRICT OF TENNESSEE
              NASHVILLE DIVISION
```

KYLE SHANNON, et al.,            )
                                 )
     Plaintiffs,                 )
                                 )    No: 3:09-0389
          v.                     )    Judge Wiseman/Bryant
                                 )
JOSEPH A. ARLT, II, et al.,      )
                                 )
     Defendants.                 )

## O R D E R

The District Judge has set this matter for a jury trial on January 18, 2011, with a final pretrial conference on January 7, 2011 (Docket Entry No. 21). It appears that all deadlines have now passed in this matter. Therefore, the Magistrate Judge certifies this matter ready for trial, and the Clerk is **directed** to forward the file to the District Judge. Unless otherwise directed by the District Judge, there appear to be no further proceedings to be conducted before the Magistrate Judge.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge